# EXHIBIT F



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KAYE SCHOLER LLP**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

In re REZULIN LITIGATION

CASE NO. CV 03-1643-R(RZx)

DIANE SKINNER; and DIANE YBARRA,

Plaintiffs,

v.

WARNER-LAMBERT CO.; PFIZER INC.;
JERROLD OLEFSKY; McKESSON CORP.,
et al.,

Defendants.

[PROPOSED] ORDER
DENYING PLAINTIFFS'
MOTION FOR REMAND

Defendants removed this action from state court to this Court alleging diversity jurisdiction. Defendants asserted that Jerrold Olefsky and McKesson Corp., both of whom are California residents, were fraudulently joined. Plaintiffs moved to remand to state court. The motions came on for hearing by the Court on April 21, 2003.

Having considered the motions and other documents in support of and in opposition to the motions, having heard the arguments of counsel, and being fully advised in the matter, the Court denies the motion.

The Court finds that Dr. Jerrold Olefsky ("Dr. Olefsky"), a patent-holder and clinical investigator, owed no legal duty to any of the plaintiffs, and, therefore, there is no possibility that the plaintiffs can prove a cause of action against Dr. Olefsky. Thus, Dr. Olefsky must be disregarded for purposes of determining federal diversity jurisdiction.

1

25104767.WPD                    [PROPOSED] ORDER

1    The Court further finds that there is no possibility that plaintiffs could prove a

2  cause of action against McKesson, an entity which distributed this FDA-approved

3  medication to pharmacists in California.  Pursuant to comment k of the Restatement

4  (Second) of Torts Section 402A and California law following comment k, a

5  distributor of a prescription drug is not subject to strict liability.

6    Accordingly, this Court has diversity jurisdiction over each of these actions.

7  The motion to remand is denied.

8    IT IS SO ORDERED.

9  Dated: April 28, 2003

MANUEL L. REAL

10

11  _____
    MANUEL L. REAL
12  UNITED STATES DISTRICT JUDGE

13  Submitted by:

14  O'DONNELL & SHAEFFER LLP
    633 West Fifth Street, Suite 1700
15  Los Angeles, California 90071
    Telephone:  (213) 532-2000
16  Facsimile:   (213) 532-2020

17  KAYE SCHOLER LLP
    1999 Avenue of the Stars
18  Los Angeles, California 90067
    Telephone:  (310) 788-1000
19  Facsimile:   (310) 788-1200

20  By: _____
       Robert Barnes
21  Attorneys for Defendants
    WARNER-LAMBERT COMPANY and PFIZER INC.

22

23

24

25

26

27

28

2

23104767.WPD

[PROPOSED] ORDER

Exhibit B  Page  19