U.S. District Court
Eastern District of California - Live System (Sacramento)
CIVIL DOCKET FOR CASE #: 2:06-cv-02780-FCD-KJM
Internal Use Only

Townsend et al v. Merck & Company, Inc. et al
Assigned to: Judge Frank C. Damrell, Jr
Referred to: Magistrate Judge Kimberly J. Mueller
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 12/08/2006
Date Terminated: 06/28/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Bertha Townsend** represented by **Andrea J. McNeil**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: amcneil@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Julian Holt**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herman Townsend** represented by **Andrea J. McNeil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Julian Holt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Company, Inc.** represented by **Kevin Michael Hara**
*a Corporation* Reed Smith LLP (Oakland)
1999 Harrison Street
Suite 2400
PO Box 2084
Oakland, CA 94612-2084
(510) 466-6761
Fax: (510) 273-8832
Email: khara@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation** represented by **Kanika D. Corley**
*a Corporation* Morris Polich and Purdy
1055 West Seventh Street
24th Floor

Los Angeles, CA 90017
(213) 891-9100
Fax: (213) 488-1178
Email: kcorley@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amerisourcebergen Corporation**
*a Corporation*

represented by **Kanika D. Corley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc.**

represented by **Tae-Yoon Kim**
Tucker Ellis & West
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017
213-430-3400
Fax: 213-430-3409
Email: tae.kim@tuckerellis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**

**Defendant**

**G. D. Searle LLC**
*formerly known as*
G.D. Searle & Co

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2006 | 1 | NOTICE of REMOVAL *Of Action Under 28 U.S.C. Section 1441(B)* from Los Angeles County Superior Court, case number BC359104. by Merck & Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Civil Cover Sheet # 10 Attachment to Civil Cover Sheet)(Hara, Kevin) (Entered: 12/08/2006) |
| 12/08/2006 | 2 | NOTICE by Merck & Company, Inc. re 1 Notice of Removal - ATY,. *Defendants Pfizer Inc., Pharmacia Corporation, And G. D. Searle LLC's Consent To Removal Of Action Under 28 U.S.C. Section 1441(B)* (Hara, Kevin) (Entered: 12/08/2006) |
| 12/08/2006 |  | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Removal from State Court Filing Fee in the amount of $350.00;<br>Type of Credit Card: MasterCard<br>Name as it appears on Credit Card: Louis W. Tullius Reed Smith Gov Filings<br>Contact Telephone Number: (412) 288-3131<br>Street: 435 Sixth Avenue<br>Zip code: 15219<br>Credit Card Number: xxxx-xxxx-xxxx-xxxx<br>Expiration Date: xx/xx<br>Security Code: xxx<br>(Hara, Kevin) (Entered: 12/08/2006) |
| 12/08/2006 | 3 | (Court only) PROCESS CREDIT CARD (Mena-Sanchez, L) (Entered: 12/08/2006) |
| 12/08/2006 |  | RECEIPT number 201 13281 for $350.00 for Notice of Removal from Louis W. Tullius Reed Smith. (Mena-Sanchez, L) (Entered: 12/08/2006) |
| 12/08/2006 | 4 | NOTICE of RELATED CASE 2:05-cv-02140, 2:05-cv-02199, 2:05-cv-02203, 2:05-cv-02193, 2:05-cv-02240, 2:05-cv-02218, 2:05-cv-02267, 2:05-cv-02436, 2:05-cv-02437, 2:05-cv-02446, 2:05-cv-02464, 2:05-cv-02465, 2:05-cv-02567, 2:05-cv-02568, 2:05-cv-02584, 2:06-cv-00062, 2:05-cv-2609, 2:06-cv-00082, 2:06-cv-2399, 2:06-cv-00241 by Merck & Company, Inc.. *including 2:06-cv-00281; 2:06-cv-00324; 2:06-cv-00330; 2:06-cv-00477; 2:06-cv-0487; 2:06-cv-0583; 2:06-cv-0593; 2:06-cv-0617; 2:06-cv-00653; 2:06-cv-0675; 2:06-cv-0692; 2:06-cv-0690; 2:06-cv-00694; 2:06-cv-0718; 2:06-cv-0728; 2:06-cv-0774; 2:06-cv-* |

| | | |
|---|---|---|
| | | *02294; 4:06-cv-RE3; 2:06-cv-0691; 2:06-cv-0157; 2:06-cv-06-cv-1806;2:06-cv-1826;2:06-cv-1845; 2:06-cv-1941; 2:06-cv-1954; 2:06-cv-1957; 2:06-cv-1973; 2:06-cv-1977; 2:06-cv-1978; 2:06-cv-2079; 2:06-cv-2093; 2:06-cv-2102; 2:06-cv-2103; 2:06-cv-02215; 2:06-cv-2281; 2:06-cv-2284; 2:06-cv-2285; 2:06-cv-2275; 2:06-cv-2283; 2:06-cv-2332; 2:06-cv-2350; 2:06-cv-2362; 2:06-cv-2352; 2:06-cv-2354; 2:06-cv-2348; 2:06-cv-2351; 2:06-cv-2349; 2:06-cv-2346; 2:06-cv-02436; 2:06-cv-02434; 2:06-cv-02431; 2:06-cv-02422; 2:06-cv-02344; 2:06-cv-02473; 2:06-cv-02474; 2:06-cv-02477; 2:06-cv-02471; 2:06-cv-02472; 2:06-cv-02479; 2:06-cv-02480; 2:06-cv-02489, 2:06-cv-02490, 2:06-cv-02473, 2:06-cv-02474, 2:06-cv-02477, 2:06-cv-02471, 2:06-cv-02472, 2:06-cv-02479, 2:06-cv-02512, 2:06-cv-02520, 2:06-cv-02516, 2:06-cv-02518, 2:06-cv-02525, 2:06-cv-02523, 2:06-cv-02546, 2:06-cv-02547, 2:06-cv-02548, 2:06-cv-02559, 2:06-cv-02560, 2:06-cv-02563, 2:06-cv-02568; 2:06-cv-02574; 2:06-cv-02575; 2:06-cv-02598; 2:06-cv-02599; 2:06-cv-02600; 2:06-cv-02601; 2:06-cv-02717; 2:06-cv-02768 and 2:06-cv-02776* (Hara, Kevin) (Entered: 12/08/2006) |
| 12/08/2006 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent to Magistrate# 2 VDRP) (Mena-Sanchez, L) (Entered: 12/08/2006) |
| 12/12/2006 | 6 | CERTIFICATE of SERVICE by Merck & Company, Inc. re 1 Notice of Removal - ATY,. (Hara, Kevin) (Entered: 12/12/2006) |
| 12/12/2006 | 7 | ANSWER to COMPLAINT with Jury Demand by McKesson Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 12/12/2006) |
| 12/12/2006 | 8 | NOTICE by McKesson Corporation *of Certification and Interested Parties* (Corley, Kanika) Modified on 12/13/2006 (Marciel, M). (Entered: 12/12/2006) |
| 12/21/2006 | 9 | ANSWER to COMPLAINT with Jury Demand by Pfizer Inc.. Attorney Kim, Tae-Yoon added.(Kim, Tae-Yoon) (Entered: 12/21/2006) |
| 12/22/2006 | 10 | AMENDED NOTICE of RELATED CASE 2:06-cv-02780, 2:06-cv-02787, 2:06-cv-02807, 2:06-cv-02812, 2:06-cv-02814, 2:06-cv-02817, 2:06-cv-02826, 2:06-cv-02829, 2:06-cv-02830, 2:06-cv-02833, 2:06-cv-02851, 2:06-cv-02853, 2:06-cv-02875 by Merck & Company, Inc. (Hara, Kevin) Modified on 12/26/2006 (Donati, J). (Entered: 12/22/2006) |
| 12/29/2006 | 11 | ANSWER to COMPLAINT with Jury Demand by Amerisourcebergen Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 12/29/2006) |
| 01/08/2007 | 12 | MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247* by Bertha Townsend, Herman Townsend. Attorney McNeil, Andrea J. added. Motion Hearing set for 3/2/2007 at 10:00 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr.. (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | 13 | MEMORANDUM of Points and Authorities in SUPPORT of 12 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247*. (McNeil, Andrea) Modified on 1/10/2007 (Marciel, M). (Entered: 01/08/2007) |
| 01/08/2007 | 14 | DECLARATION of Andrea J. McNeil in SUPPORT OF 12 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247*. (Attachments: # 1 Exhibit A-E)(McNeil, Andrea) Modified on 1/10/2007 (Marciel, M). (Entered: 01/08/2007) |
| 01/08/2007 | 15 | PROPOSED ORDER granting 12 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247* by Bertha Townsend, Herman Townsend. (McNeil, Andrea) Modified on 1/10/2007 (Marciel, M). (Entered: 01/08/2007) |
| 01/15/2007 | 16 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00062, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/15/2007) |
| 01/17/2007 | 17 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00061, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/17/2007) |
| 01/30/2007 | 18 | MINUTE ORDER: from CRD M. Price for Judge Frank C. Damrell Jr. on 1/30/07 re 12 Motion to Remand - MOOT in light of MDL order dtd 1/25/07. Hearing set for 3/2/07 is VACATED. Motion may be renoticed, if necessary, at a later date. (Attachments: # 1 MDL order, dtd 1/25/07)(Price, M) (Entered: 01/30/2007) |
| 01/30/2007 | | SERVICE BY MAIL: 18 Minute Order, served on Theodore Julian Holt (Price, M) (Entered: 01/30/2007) |
| 04/04/2007 | 19 | NOTICE of RELATED CASE 2:07-cv-00623, 2:07-cv-00626 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 04/04/2007) |
| 06/28/2007 | 20 | MDL TRANSFER ORDER: CASE TRANSFERRED to Northern District of CA. Electronic transmittal of |

| | | | |
|---|---|---|---|
| | | Case 3:07-cv-03418-CRB Document 1-16 Filed 06/29/2007 Page 4 of 4 documents:certified copy of transfer order and docket sheet sent.CASE CLOSED. (Carlos, K) (Entered: 06/28/2007) | |
| 06/28/2007 | | ● | SERVICE BY MAIL: 20 MDL Transfer Order served on Theodore Julian Holt (Carlos, K) (Entered: 06/28/2007) |